**2017–0203.   State v. Miller.**
Columbiana App. No. 14 CO 0047, 2016-Ohio-8544.

**2017–0215.   State v. Jackson.**
Cuyahoga App. No. 104645, 2017-Ohio-107.

**2017–0218.   Wolfe v. Accountancy Bd.**
Franklin App. No. 16AP–453, 2016-Ohio-8542.

**2017–0222.   State v. Andrews.**
Lake App. No. 2016–L–048, 2016-Ohio-8517.

**2017–0229.   State v. Canada.**
Franklin App. No. 16AP–7, 2016-Ohio-5948.

**2017–0231.   Rocky River v. Collins.**
Cuyahoga App. No. 104180, 2017-Ohio-14.

**2017–0232.   State v. Smith.**
Hamilton App. No. C–150691.
   FISCHER and DEWINE, JJ., not participating.

**2017–0248.   State v. Pulliam.**
Scioto App. No. 16CA3759, 2017-Ohio-127.

**2017–0249.   State v. Gray.**
Richland App. No. 2011 CA 112.

**2017–0257.   State v. Catney.**
Cuyahoga App. No. 104141, 2017-Ohio-90.

**2017–0259.   Ebbing v. Stewart.**
Butler App. No. CA2016–05–085, 2016-Ohio-7645.

**2017–0282.   State v. Lunder.**
Cuyahoga App. No. 103653, 2017-Ohio-84.

**2017–0291.   Czyz v. Best Choice Moving, Inc.**
Guernsey App. No. 16–CA–23. Emergency motion for injunction denied as moot.

**2017–0292.   State v. Moore.**
Stark App. No. 2016CA00211, 2017-Ohio-602.

**2017–0300.   State v. Cooks.**
Clark App. No. 2016–CA–40, 2017-Ohio-218.

**2017–0303.   State v. Buck.**
Summit App. No. 27597, 2017-Ohio-273.

**2017–0306.   State v. Reece.**
Montgomery App. No. 27081, 2017-Ohio-222.
   FISCHER, J., dissents.

**2017–0310.   State v. Adams.**
Lawrence App. No. 16CA23, 2017-Ohio-519.
   O'NEILL and FISCHER, JJ., dissent.

**2017–0313.   State v. Armengau.**
Franklin App. No. 16AP–355, 2017-Ohio-197.

**2017–0318.   State v. King.**
Franklin App. Nos. 15AP–930, 15AP–931, and 15AP–933, 2016-Ohio-1247.
   O'DONNELL, J., not participating.

**2017–0320.   State v. Fairrow.**
Montgomery App. No. 26936, 2017-Ohio-220.